# EXHIBIT A

veryhigh

veryhigh

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

*MEDIATION: If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box.* ☐
*There is no additional administrative fee for this service.*

| Name of Respondent | Name of Representative (if known) |
|---|---|
| Citigroup, Inc. | Joan Haslam |

| Address | Name of Firm (if applicable) |
|---|---|
| 399 Park Avenue | |

| | | | Representative's Address |
|---|---|---|---|
| | | | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| New York | NY | 10043- | | | |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 212-559-1000 | 212-793-3946 | | |

| Email Address: | Email Address: |
|---|---|
| | joan.haslam@citi.com |

The named claimant, a party to an arbitration agreement dated ___11/09_____, which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

**THE NATURE OF THE DISPUTE**
Respondent opened and assigned account numbers 4271382478253053 & 4271382193937535. Respondent signed for disputed charges. See attached. Respondent failed to provide provisional credit; conduct an investigation; provide documentation the charges are Claimant's, and demanded payment on disputed charges in violation of Reg. Z. Respondent. Respondent also reported adverse information to credit bureaus in violation of FCRA. Claimant demands an in person hearing in Yuma, AZ per contract.

| Dollar Amount of Claim $9,900.00 | Other Relief Sought: ☒ Attorneys Fees ☐ Interest |
|---|---|
| | ☐ Arbitration Costs ☐ Punitive/ Exemplary ☒ Other _____ |

Amount Enclosed $_____ In accordance with Fee Schedule: ☐Flexible Fee Schedule ☐Standard Fee Schedule

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Consumer law/banking.

Hearing locale Yuma, AZ_____ (check one) ☐ Requested by Claimant ☒ Locale provision included in the contract

| Estimated time needed for hearings overall: | Type of Business: Claimant ___Consumer_____ |
|---|---|
| _____ hours or ___2.00___ days | Respondent Bank_____ |

Is this a dispute between a business and a consumer? ☒Yes ☐ No Does this dispute arise out of an employment relationship? ☐ Yes ☒ No

If this dispute arises out of an employment relationship, what was/is the employee's annual wage range? Note: This question is required by California law. ☐Less than $100,000 ☐ $100,000 - $250,000 ☐ Over $250,000

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Signature (may be signed by a representative)     Date: | Name of Representative |
|---|---|
| /s/ David Hunter                                8/23/11 | |

| Name of Claimant | Name of Firm (if applicable) |
|---|---|
| David Hunter | |

| Address (to be used in connection with this case) | Representative's Address |
|---|---|
| 11881 S. Fortuna Road #223 | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Yuma | AZ | 85367- | | | |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| | | | |

| Email Address: | Email Address: |
|---|---|
| 602Hunter@Gmail.com | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Demand to the Respondent.

Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.


**UNITED STATES**
**POSTAL SERVICE**

Date: 06/22/2011

d h:

The following is in response to your 06/22/2011 request for delivery information on your Signature Confirmation(TM) item number 2306 1570 0000 4949 2787. The delivery record shows that this item was delivered on 02/04/2011 at 06:21 AM in SIOUX FALLS, SD 57117 to J DONELAN. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**Stop Payment on Cash Convenience Check Fee.** We can a $39 fee if you make your request to stop payment on a cash convenience check. To stop payment on a cash convenience check write us at PO Box 6500 Sioux Falls South Dakota 57117. You can also call the Customer Service number on the billing statement. If you call you must confirm the call in writing within 14 days. A written stop payment order is good for 6 months unless renewed in writing. We add this fee to the standard advance balance.

## Information on Foreign Currency Conversion

Our network providers are MasterCard, Visa, and American Express. They convert transactions in foreign currencies into U.S. dollars. The type of card you have determines who uses the conversion. Each network provider follows its own procedures. Each network provider's current procedures are described below. The procedures may change from time to time without notice.

- MasterCard uses a conversion rate in effect one day before its transaction processing date. It uses a government-mandated rate if required to do so. If not, it uses a wholesale market rate.
- Visa uses a conversion rate in effect on its applicable central processing date. It uses a government-mandated rate if required to do so. If not, it selects from the range of rates available on wholesale currency markets. The selected rate may vary from the rate Visa receives.
- American Express uses any conversion rate required by applicable law. If there is none, it uses the highest interbank rate it selects on the business day before the day it processes the transaction.

A third party may convert a transaction into U.S. dollars or another currency before sending it to our network provider. In these cases, the third party selects the conversion rate.

If you take a cash advance in a branch currency at a branch or ATM of one of our affiliates, an affiliate of ours will convert it into U.S. dollars. This applies regardless of which network provider's card you use to take the cash advance. Our affiliate currently uses a conversion rate in effect on its processing date. It uses a government-mandated rate if required to do so. If not, it uses a mid-point market rate. Our affiliate's procedure may change from time to time without notice.

The conversion rate you get is the one used on the transactions processing date. This may be different from the one in effect on the transaction's Sale Date or Post Date.

## Payments

**Minimum Amount Due.** You must pay at least the Minimum Amount Due by the payment due date each billing period. The sooner you pay the New Balance the less you will pay in periodic finance charges.

To calculate the Minimum Amount Due, we begin with any past due amount. We then add any amount in excess of your credit line. We also add the largest of the following:

- The New Balance on the billing statement if it is less than $20;
- $20 if the New Balance is at least $20;
- 1% of the New Balance (the result is rounded down to the nearest dollar) plus the amount of your billed periodic finance charges and any applicable late fee; or
- 1.5% of the New Balance (the result is rounded down to the nearest dollar).

When we calculate the Minimum Amount Due, we may subtract from the New Balance certain fees added to your account during the billing period. We may also include in the Minimum Amount Due any additional amount specified in a promotional offer. The balance of any such promotional offer is not included in the four bullets above. The Minimum Amount Due is never more than the New Balance.

**Application of Payments.** We apply your payments and credits to low APR balances first. You cannot pay off higher APR balances until you pay off lower APR balances. That means your savings on low APR balances will be reduced by purchases or cash advances that have higher APRs.

**Payment Instructions.** We credit your payments in accordance with our payment instructions on the billing statement. You must pay us in U.S. dollars. To do so, you must use a check, similar instrument, or automatic debit that is drawn on and honored by a bank in the U.S. Do not send cash. We can accept late or partial payments, or payments that reflect "paid in full" or other restrictive endorsements, without losing our rights. We also reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the U.S. If we do, we select the currency conversion rate. We will then credit your account in U.S. dollars after deducting any costs incurred in processing your payment. Or we may bill you separately for these costs.

**Optional Pay by Phone Service.** You may use our optional Pay by Phone Service to make your payment by phone. To do so, call us to request the service. Each time you do, you agree to pay us the amount shown in the Pay by Phone section on the back of the billing statement. Our representatives are trained to tell you this amount whenever you call to use the service.

## Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may report account information in your name and the names of authorized users. We may also obtain follow-up credit reports on you.

If you think we reported incorrect information to a credit bureau, write to us at the Customer Service address on the billing statement. We will investigate the matter. We will then tell you if we agree or disagree with you. If we agree with you, we will contact each credit bureau to which we reported and request a correction. If we disagree with you, we will tell you that.

## Information Sharing

You authorize us to share information about you as permitted by law. This includes information we get from you and others. It also includes information about your transactions with us. Please see our Privacy Notice for details about our information sharing practices.

## Changes to this Agreement

We may change the rates, fees, and terms of this Agreement at any time for any reason. These reasons may be based on information in your credit report or general market conditions. Any changes we make may add, replace, or remove provisions of this Agreement. They may also change our rights and obligations under this Agreement as well as ours. These changes are binding on you unless you have the right to opt out and you choose to opt out by following our instructions.

You will have a right to opt out if the change will cause a rate or fee to increase. In that case, we will mail you advance written notice of the change. We will do this at least 15 days before the beginning of the billing period in which the change takes effect. If you do not agree to the change, you can opt out by contacting us. You must do this within 25 days of the effective date of the change. If you opt out, you can pay us the remaining balance under the old rates, fees, and terms. Unless we notify you otherwise, use of the card after the effective date of the change shall be deemed acceptance of the change, even if the 25 days have not expired.

## Default

You default under this Agreement if you fail to pay the Minimum Amount Due by its due date; go over your credit line; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; pay by automatic debit that is returned unpaid; file for bankruptcy; or default under any other Card Agreement that you have with us. If you default, we may close your account and demand immediate payment of the total balance. If you give us a

## Periodic Finance Charges Based on APRs

**Periodic Finance Charges.** We impose periodic finance charges when we apply APRs to your account balances. We do this by using a daily periodic rate. A daily periodic rate is the APR divided by 365.

**Effect of APR increases.** If an APR increases, periodic finance charges increase. Your minimum payment may increase as well.

**When Periodic Finance Charges Begin.** We begin to impose periodic finance charges the first day we add a charge to a daily balance. The charges we add to a daily balance include purchases, balance transfers, and cash advances. They also include finance charges and fees. We continue to impose periodic finance charges until we credit your account with full payment of the total amount you owe us.

**Grace Period on Purchases.** You can avoid periodic finance charges on purchases, but not on balance transfers and cash advances. This is called a grace period on purchases. You can get a grace period of at least 20 days if you pay the New Balance in full by the due date every billing period. If you do not, you will not get a grace period until you pay the New Balance in full for two billing periods in a row. Certain balance transfer offers may take away the grace period on purchases. If that is the case, the balance transfer offer will describe what happens.

**Calculation of Periodic Finance Charges.** We calculate periodic finance charges each billing period. To do this:

- We start with each of your current balances. These balances include, for example, standard purchases, standard cash advances, and different promotional balances. (When we calculate periodic finance charges, we treat balance transfers as standard purchases unless a promotional rate applies.)
- We calculate the balance for each of your different balances. To get a daily balance, we start with the balance as of the end of the previous day. We add any periodic finance charge on the previous day's balance. (This results in daily compounding of finance charges.) We add any new charges. We then subtract any new credits or payments.
- We multiply each daily balance by the daily periodic rate that applies to it. We do this for each day in the billing period. This gives us the daily periodic finance charges for each of your different balances.

- We add up all the daily periodic finance charges. The sum is the total periodic finance charge for the billing period.

When we calculate daily balances, we add a purchase as of the Sale Date on the billing statement. We add a balance transfer or cash advance as of the Post Date on the billing statement. (The Post Date is the date we get a request to complete a balance transfer or cash convenience check. When you send a balance transfer or cash convenience check to someone, the Post Date is the date we receive the check for payment.) We add a transaction fee to the same balance as the transaction. We subtract a payment or credit as of the day it is credited to the account and then make other adjustments. We treat a credit balance as a balance of zero.

**Balance Subject to Finance Charge.** Your statement shows a Balance Subject to Finance Charge. It shows this for each different balance. The Balance Subject to Finance Charge is the average of the daily balances during the billing period. A billing period begins on the day after the Statement Closing Date of the previous billing period. It includes the Statement Closing Date of the current billing period.

You can use your billing statement to calculate periodic finance charges for each different balance. Multiply the Balance Subject to Finance Charge by its daily periodic rate. Multiply that amount by the number of days in the billing period. The result is the total periodic finance charge on that balance. Rounding may cause a small difference.

**Minimum Finance Charge.** We charge a minimum FINANCE CHARGE of 50 cents if any total periodic finance charge is less than 50 cents. We add the additional amount to any balance that is assessed a periodic finance charge.

## Transaction Fees

**Transaction Fee for Balance Transfers.** You make a balance transfer when you use a balance transfer check or contact us to transfer a balance. For each balance transfer, we add a fee of 3% of the amount of the balance transfer, but not less than $5. This fee is a FINANCE CHARGE.

**Transaction Fee for Cash Advances.** You take a cash advance if you use a cash convenience check or get money through home banking or a financial institution. You also take a cash advance if you make a wire transfer, buy a money order, traveler's check, lottery ticket, casino chip or similar item; or engage in a similar transaction. For each cash advance we add a fee of 3% of the amount of the cash advance but not less than $5. This fee is a FINANCE CHARGE.

**Transaction Fee for Foreign Purchases.** We add a fee of 3% of the U.S. dollar amount of each purchase made outside the U.S., whether made in U.S. dollars or in a foreign currency. This fee is a FINANCE CHARGE.

**Transaction Fees and APRs.** When first added to a balance, a transaction fee causes the APR on the statement to exceed the nominal APR.

## Other Fees

**Late Fee.** We add a late fee for each billing period you do not pay the Minimum Amount Due (less the Amount Over Credit Line shown on your billing statement) by the payment due date. This fee is based on your account balance as of the payment due date. The fee is $15 on balances up to $100; $29 on balances of $100 up to $250; and $39 on balances of $250 and over. We add this fee to the standard purchase balance.

**Over-the-Credit-Line Fee.** We add a $39 fee for your account balance goes over your credit line at any time during the billing period. We add this fee even if transactions we authorize are a reason the account balance goes over your credit line. We add this fee even if a reason the account balance goes over your credit line is periodic finance charges, fees or other charges you incur. We add this fee even if the account balance falls below your credit line by the end of the billing period. We add this fee to the standard purchase balance.

**Annual Membership Fee.** If an annual membership fee applies, the card carrier shows it. We will refund this fee if you notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee appears. The fee is otherwise non-refundable. If this fee applies, we add it to the standard purchase balance.

**Returned Payment Fee.** We add a $39 fee if a payment check or similar instrument is not honored or is returned because it cannot be processed. We also add this fee if an automatic debit is returned unpaid. We assess this fee the first time your check or payment is not honored, even if it is honored upon resubmission. We add this fee to the standard purchase balance.

**Returned Cash Convenience Check Fee.** We add a $39 fee if we do not honor a cash convenience check. We may not honor these checks if the amount of the check would cause the balance to go over the credit line. We add this fee even if we do not honor the check because it is over the credit line. We may also not honor these checks if you do not comply with our instructions regarding the check. If your account has been closed or for other reasons. We add this fee to the standard purchase balance.

security interest in a Certificate of Deposit, we may use the deposit amount to pay any amount you owe.

## Refusal of the Card, Closed Accounts, and Related Provisions

**Refusal of the Card.** We do not guarantee approval of transactions. We are not liable for transactions that are not approved. That is true even if you have enough credit. We may limit the number of transactions approved in one day. If we detect unusual or suspicious activity, we may suspend your credit privileges.

**Preauthorized Charges.** We may suspend any automatic or other preauthorized charges you arrange with a third party. We may do this if you default, if the card is lost or stolen, or we change your account for any reason. If we do this, you are responsible for paying the third party directly if you wish to do so. You are also responsible for reinstating the preauthorized charges if you wish to do so and we permit it.

**Lost or Stolen Cards, Account Numbers, or Cash Convenience and Balance Transfer Checks.** You must call us if any card, account number, or check is lost or stolen. You must also call us if you think someone used or may use them without permission. When you call, we may require you to provide information to help our investigation. We may require you to provide this information in writing. For example, we may ask you to identify any charges that were not made by you. To someone authorized by you. We may also ask you to confirm that you received no benefit from those charges.

**Closing Your Account.** You may close your account by notifying us in writing or over the phone. If you close your account, you must still repay the total balance in accordance with this Agreement. We may also close your account or suspend account privileges at any time for any reason. We may do this without prior notice to you. We may also reissue a different card at any time. You must return any card to us upon request.

**Closing Secured Accounts.** If your account is a secured account, you gave us a security interest in a Certificate of Deposit. This secures repayment of your account. If you withdraw your funds from the Certificate of Deposit, we will close your account.

## ARBITRATION

*PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. IT PROVIDES THAT ANY DISPUTE MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION*

A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.

**Agreement to Arbitrate.** Either you or we may, without the other's consent, elect mandatory, binding arbitration for any claim, dispute, or controversy between you and us (called "Claims").

### Claims Covered

**What Claims are subject to arbitration?** All Claims relating to your account, a prior related account, or our relationship are subject to arbitration, including Claims regarding the application, enforceability, or interpretation of this Agreement and this arbitration provision. All Claims are subject to arbitration, no matter what legal theory they are based on or what remedy (damages or injunctive or declaratory relief) they seek. This includes Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; and Claims made independently or with other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

**Whose Claims are subject to arbitration?** Not only ours and yours, but also Claims made by or against anyone connected with us or you or claiming through us or you, such as a co-applicant or authorized user of your account, an employee, agent, representative, affiliated company, predecessor or successor, heir, assignee, or trustee in bankruptcy.

**What time frame applies to Claims subject to arbitration?** Claims arising in the past, present, or future, including Claims arising before the opening of your account, are subject to arbitration.

**Broadest interpretation.** Any questions about whether Claims are subject to arbitration shall be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced. This arbitration provision is governed by the Federal Arbitration Act (the "FAA").

**What about Claims filed in Small Claims Court?** Claims filed in small claims court are not subject to arbitration, so long as the matter remains in such court and advances only an individual (non-class, non-representative) Claim.

## How Arbitration Works

**How does a party initiate arbitration?** The party filing an arbitration must choose one of the following two arbitration firms and follow its rules and procedures for initiating and pursuing an arbitration: American Arbitration Association or National Arbitration Forum. Any arbitration hearing that you attend will be held at a place chosen by the arbitration firm in the same city as the U.S. District Court closest to your then current billing address, or at some other place to which you and we agree in writing. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

American Arbitration Association
1633 Broadway, Floor 10
New York, NY 10019
Web site: www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
Web site: www.arbitration-forum.com

At any time you or we may ask an appropriate court to compel arbitration of Claims, or to stay the litigation of Claims pending arbitration, even if such Claims are part of a lawsuit, unless a trial has begun or a final judgment has been entered. Even if a party fails to exercise these rights at any particular time, or in connection with any particular Claims, that party can still require arbitration at a later time in or in connection with any other Claims.

**What procedures and law are applicable in arbitration?** A single arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge, selected in accordance with the rules of the arbitration firm. The arbitration will follow procedures and rules of the arbitration firm in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Agreement, in which case this Agreement will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other confidential information if requested to do so by you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations, will honor claims of privilege recognized at law, and will have the power to award to a party any damages or other relief provided for under applicable law. You or we may choose to have a hearing and be represented by counsel. The arbitrator will make any award in writing and, if requested by you or us,