# EXHIBIT B

using a simple arbitrator, and make decisions based on the vote of the majority. Costs will be allocated in the same way they are allocated for arbitration before a single arbitrator. An award by a panel is final and binding on the parties after fifteen days has passed. A final and binding award is subject to judicial review and enforcement as provided by the FAA or other applicable law.

**Survival and Severability of Terms**
This arbitration provision shall survive: (i) termination of changes in the Agreement, the account, or the relationship between you and us concerning the account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of your account, or any amounts owed on your account, to any other person or entity. If any portion of this arbitration provision is deemed invalid or unenforceable, the entire arbitration provision shall not remain in force. No portion of this arbitration provision may be amended, severed or waived absent a written agreement between you and us.

**Governing Law and Enforcing Our Rights**
**Governing Law.** Federal law and the law of South Dakota, where we are located, govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We will not lose our rights under this Agreement because we delay in enforcing them or fail to enforce them.

**Collection Costs.** To the extent permitted by law, you are liable to us for our legal costs if we refer collection of your account to a lawyer who is not our salaried employee. These costs may include reasonable attorneys' fees. They may also include costs and expenses of any legal action.

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party.

**For Further Information**
Call us toll-free for further information. Call the toll-free Customer Service telephone number shown on the back of your card, or on the billing statement or on the front of this Agreement. You can also call local or 411 or Directory Assistance to get our telephone number.

[signature]
Ken Stork
President & CEO

Citibank (South Dakota), N.A.
P.O. Box 6000
Sioux Falls, SD 57117

© 2009 Citibank (South Dakota), N.A.

14

---

**What To Do If There's An Error In Your Bill.**
*Your Billing Rights. Keep This Notice For Future Use.*
This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

*Notify Us In Case of Errors or Questions About Your Bill.*
If you think your billing statement is wrong, or if you need more information about a transaction on your billing statement, write to us (on a separate sheet) as soon as possible at the address provided in the Billing Rights Summary portion on the back of your statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
• Please sign your letter.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment you must tell us at least three business days before the automatic payment is scheduled to occur.

*Your Rights and Responsibilities After We Receive Your Written Notice.*
We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe your billing statement was correct. After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit line. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your balance that are not in question.

If we find that we made a mistake on your billing statement, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does

15

---

not satisfy you and you write to us within 10 days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the names and address of anyone to whom we reported you. We must tell your account information. We must tell anyone we report you to that the matter has been settled between us when it is finally settled.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your billing statement was correct.

*Special Rule for Credit Card Purchases.*
If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:
• You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current address; and
• The purchase price must have been more than $50.
These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

© 2009 Citibank (South Dakota), N.A.

P.O. Box 6000 Sioux Falls, SD 57117 0906

16

---

# CARD AGREEMENT

This Card Agreement is your contract with us. It governs the use of your card and account. The card carrier is part of this Agreement. Please read this Agreement, including the card carrier, carefully. Keep both for your records.

**FACTS ABOUT RATES AND FEES**
This is a summary of rates and fees on your account. Please see the related sections of this Agreement for more complete information.

**RATES—FINANCE CHARGES**
**Purchase and Cash Advance APRs.** See card carrier. All APRs based on the Prime Rate may vary each billing period.

**Default APR.** See card carrier. The default APR equals the greater of (1) the Prime Rate then plus up to 23.99% or (2) up to 29.99%. All APRs may automatically increase to the default APR if you do not make the minimum payment when due, go over the credit line, or make a payment to us that is not honored.

**Minimum Finance Charge.** 50 cents.

**TRANSACTION FEES—FINANCE CHARGES**
**Balance Transfer Fee.** 3% of each balance transfer; $5 minimum.

**Cash Advance Fee.** 3% of each cash advance; $5 minimum.

**Foreign Purchase Fee.** 3% of the U.S. dollar amount of each purchase made outside the U.S., whether made in U.S. dollars or in a foreign currency.

**OTHER FEES**
**Late Fee.** $15 on balances up to $100; $29 on balances of $100 up to $250; $39 on balances of $250 and over.

**Over-the-Credit-Line Fee.** $35.

**Annual Membership Fee.** See card carrier.

**Returned Payment Fee.** $35.

**Returned Cash Convenience Check Fee.** $35.

**Stop Payment on Bank Convenience Check Fee.** $35.

When we change the rates, fees, and terms of this Agreement? We will not voluntarily increase your rates and fees or change other terms of this Agreement until your card expires, typically in two years. We will review your credit history and general market conditions. If we decide to make changes after our review, you will receive advance notice and a right to opt out. If you opt out, we will close your account. You can then pay the remaining balance under the old rates, fees, and terms. Of course,

this paragraph does not apply to the automatic default APR and Prime Rate changes. It also does not apply to changes required by law, our regulators, or our network providers.

**Definitions**

*account* means the relationship established between you and us by this Agreement.

*APR* means an annual percentage rate.

*authorized user* means any person you allow to use your account.

*card* means one or more cards or other access devices that we give you to get credit under this Agreement. This includes account numbers.

*we, us,* and *our* mean Citibank (South Dakota), N.A., the issuer of your account.

*you, your* and *yours* mean the person who applied for the account. It also means any other person responsible for complying with this Agreement.

**Your Account**

You agree to use your account in accordance with this Agreement. You must pay us for all amounts due on your account. This Agreement is binding on you unless you close your account within 30 days after receiving the card and you have not used or authorized use of the card. Your account must only be used for lawful transactions.

Authorized Users. You may request additional cards for authorized users. You must pay us for all charges made by authorized users. You must pay us even if you did not intend to be responsible for those charges. You must notify us to withdraw any permission you give to an authorized user to use your account.

Credit Line. Your initial credit line is on the card carrier. The full amount of your credit line is available to use when the credit is received. Part of your credit line is called the cash advance limit. It is available for cash advances. We may reduce or increase your credit line or cash advance limit at any time for any reason. Any increase or change, but the change may take effect before you receive the notice. You should always keep your total balance below your credit line. However, if the total balance goes over your credit line you still must pay us for your account. If your account has a credit balance, we may reduce the credit balance by any new charges on your account. You may not maintain a credit balance in excess of your credit line.

Checks. We may provide you with balance transfer checks. You may use them to transfer a balance to your account or make other transactions. We may also provide you with

cash convenience checks. You may use them to get a cash advance. Use of a cash convenience check will be a cash advance even if you use the check to make a payment to another creditor. You may not use balance transfer checks or cash convenience checks to pay an amount owed to us under this Agreement or any other Card Agreement you have with us. We do not certify these checks or return any checks that have been paid.

Billing Statement. Your billing statement shows the New Balance. This is the total amount you owe us on the Statement/Closing Date. To determine the New Balance, we begin with the total balance at the start of the billing period. We add any purchases or cash advances. We subtract any credits or payments. We then add any periodic finance charges or fees and make other adjustments.

Your billing statement also shows your transactions; the minimum amount due and payment due date; your credit line and cash advance limit; and your total credit and cash advances. They also include finance charges and fees. We continue to impose periodic finance charges until we credit your account with full payment of the total amount you owe us.

We deliver a billing statement to you every month. You must notify Customer Service of a change in address. We may stop sending you statements if we learn your account is undeliverable. We will send your account to an outside agency or attorney for collection. Periodic finance charges and fees continue to add up even if we stop sending statements.

**APRs**

APRs Based on Prime. If any APR is based on the U.S. Prime Rate ("Prime Rate"), the APR will equal the Prime Rate plus an additional amount. The additional amount depends on the card and/or the billing period. We use the Prime Rate published in the *Money Rates* section of *The Wall Street Journal* two business days before the Statement/Closing Date. If the Prime Rate changes any APR, we put the new APR into effect as of the first day of the billing period for which we calculate the APR. We apply the APR to any existing balances subject to a periodic finance charge. This means your APR and the corresponding periodic finance charges could increase or decrease.

The default APR equals the greater of (1) the Prime Rate up to 29.99% APR, or (2) up to 32.99% APR. We determine your individual APR by reviewing the seriousness of your default with us and your

credit history. The default APR takes effect as of the first day of the billing period in which you default. We will treat the APR for all balances at the default APR if you meet the terms of all Card Agreements you have with us for which billing periods for a row. We may lower these APRs based on your record with us.

Effect of APR increases. If an APR increases, periodic finance charge increase. Your minimum payment may increase as well.

**Periodic Finance Charges Based on APRs**

Periodic Finance Charges. We impose periodic finance charges when you apply APRs to your account balances. We do this every day by using a daily periodic. A daily periodic rate is the APR divided by 365.

When Periodic Finance Charges Begin. We begin to impose periodic finance charges on the first day we add a charge to daily balance. The charges we add to a daily balance include purchases, balance transfers, and cash advances. They also include finance charges and fees. We continue to impose periodic finance charges until we credit your account with full payment of the total amount you owe us.

Grace Period on Purchases. You can avoid periodic finance charges on purchases, but not on balance transfers and cash advances. This is called a grace period on purchases. You can get a grace period of at least 20 days if you pay the New Balance in full by the due date every billing period. If you do not, you will not get a grace period until you pay the New Balance in full for two billing periods in a row. Certain balance transfer offers will describe what happens.

Calculation of Periodic Finance Charge. We calculate periodic finance charges each billing period. To do this:
- We start with each of your different balances. These balances include, for example, standard purchases, promotional purchases, balance transfers and cash advances. (When we calculate periodic finance charges, we treat balance transfers as standard purchases unless a promotional rate applies.)
- We calculate the daily balance for each of your different balances. To get a daily balance, we start with the beginning balance as of the first day of the billing period. We add any periodic finance charge on the previous day's balance. (This results in daily compounding of finance charges.) We add any new transactions or other debits. We then subtract any new credits or payments.
- We multiply each daily balance by the daily periodic rate that applies for it. We do this for each day in the billing

period. This gives us the daily periodic finance charges for each of your different balances.
- We add up all the daily periodic finance charges. This is the total periodic finance charge for the billing period.

When we calculate daily balances, we add a purchase as of the Sale Date on the billing statement. We add a balance transfer or cash advance as of the Post Date on the billing statement. (The Post Date is the date we post a transaction to your account.) We treat a credit balance as a balance of zero.

When you send a balance transfer or cash convenience check directly to someone, the Post Date is the date we receive the check for payment. We add a transaction to the same balance as of its transaction. We subtract a payment or credit as of the day it is credited to the account and then make other adjustments.

Balance Subject to Finance Charge. Your statement shows a Balance Subject to Finance Charge. It shows this for each different balance. The Balance Subject to Finance Charge is the average of the daily balances during the billing period. A billing period begins on the day after the Statement/Closing Date of the previous billing period. It includes the Statement/Closing Date of the current billing period.

You can see your billing statement to calculate periodic finance charges. Multiply the Balance Subject to Finance Charge by the daily periodic rate. Multiply that amount by the number of days in the billing period. This amount is the total periodic finance charge on that balance. Rounding may cause a small difference.

Minimum Finance Charge. We charge a minimum FINANCE CHARGE of 50 cents. We impose this minimum periodic finance charge in any billing period in which you are subject to periodic finance charge.

**Transaction Fees**

Transaction Fee for Balance Transfers. You make a balance transfer when you use a balance transfer check or contact us to transfer a balance. For each balance transfer we add a fee of 3% of the amount of each balance transfer, but not less than $5. The fee is a FINANCE CHARGE.

Transaction Fee for Cash Advances. You take a cash advance if you use a cash convenience check to get money through an automated teller machine (ATM), a bank, or home banking or a financial institution. You also take a cash advance if you make a wire transfer, buy money order, travelers checks, or a similar transaction. For each cash advance we add a fee of 3% of the amount of the cash advance, but not less than $5. The fee is a FINANCE CHARGE.

Case 2:12-cv-02452-FJM Document 1-2 Filed 11/14/12 Page 3 of 5

Case 2:12-cv-02452-FJM Document 1-2 Filed 11/14/12 Page 4 of 5

**Transaction Fee for Foreign Purchases.** We add a fee of 3% of the U.S. dollar amount of each purchase made outside the U.S., whether made in U.S. dollars or the foreign currency. This fee is a FINANCE CHARGE.

**Transaction Fees and APRs.** When fees added to a balance, a transaction fee causes the APR on that balance to exceed the nominal APR.

**Other Fees**

**Late Fee.** We add a late fee for each billing period you do not pay the Minimum Amount Due (less the Minimum Due Credit Line shown on your billing statement) by the payment due date. This fee is based on your account balance as of the payment due date. The fee is $15 on balances up to $100; $25 on balances of $100 up to $250; or $39 on balances of $250 and over. We add this fee to the standard purchase balance.

**Overdraft-Credit Line Fee.** We add a fee if your account balance (before the transaction processing date) in the billing period. We add this fee even if transactions we authorize are in an amount that causes your overdraft limit on your account to be less than... provide charge, fees, or other charges you incur are a reason the account balance goes over your credit line. We add this fee to the account balance (before billing period) at the end of the billing period. We add this fee to the standard purchase balance.

**Annual Membership Fee.** If an annual membership fee applies to your card (and shown), we will refund this fee if you notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee appears. The type of account and your annual membership fee applies, we add it to the standard purchase balance.

**Returned Payment Fee.** We add a $39 fee if a payment check or similar instrument is not honored or is returned because it cannot be processed. We assess this fee the first time your check or payment is not honored, even if it is honored upon resubmission. We add this fee to the standard purchase balance.

**Returned Cash Convenience Check Fee.** We add a $39 fee if we do not honor a cash convenience check. We do not honor these checks if: honoring the check would cause the balance to go over the cash advance limit or credit line, you do not have cash advances available, or if... not honor these checks if honoring the check... account has been closed, or for other reasons. We add this fee to the standard advance balance.

**Stop Payment on Cash Convenience Check Fee.** We add a $39 fee if we honor your request to stop payment on a cash convenience check. To stop payment by a cash convenience check, write us at P.O. Box 5550, Sioux Falls, South Dakota 57117. You can also call the Customer Service number on the billing statement. If you call, you must confirm the call in writing within 14 days. A written stop payment order is good for 6 months unless renewed in writing. We add this fee to the standard advance balance.

**Information on Foreign Currency Conversion**
Our network providers are MasterCard, Visa, and American Express. They convert transactions in foreign currencies into U.S. dollars. The type of card you have determines who does the conversion. Each network provider follows its own procedures. Each network provider's current procedures are described below. The procedures may change from time to time without notice.

- MasterCard uses a conversion rate in effect one day before the transaction processing date. It uses either the government-mandated rate if required to do so, or a wholesale market rate.
- Visa uses a conversion rate in effect on the applicable central processing date. It uses a government-mandated rate if required to do so. If not, it selects from the range of rates available in wholesale currency markets. The selected rate may vary from the rate Visa receives.
- American Express uses a conversion rate required on the date the transaction is processed. It uses either the government-mandated rate if required, or a wholesale market rate.

A third party may convert a transaction into U.S. dollars or another currency before sending it to our network provider. In these cases, the third party selects the conversion rate.

If you take a cash advance in a foreign currency at a branch of Citibank or one of our affiliates, an affiliate of ours will convert it into U.S. dollars. We apply the conversion rate in effect when our network provider's card you use to take the cash advance. Our affiliate currently uses a conversion rate in effect in the processing date. It may use a government-mandated rate if required to do so. If not, it uses a mid-point market rate. On the transaction's Sale Date or Post Date.

**Payments**
**Minimum Amount Due.** You must pay at least the Minimum Amount Due by the payment due date each billing period.

The sooner you pay the New Balance, the less you will pay in periodic finance charges.

To calculate the Minimum Amount Due, we begin with any past due amount. We then add any amount in excess of your credit line. We add to that the largest of the following:
- $20 (if the New Balance is at least $20);
- 1% of the New Balance (this result is rounded down to the nearest dollar) plus the amount of your billed periodic finance charges and any applicable late fee or fees; or
- 1.5% of the New Balance (the result is rounded down to the nearest dollar).

When we calculate the Minimum Amount Due, we may subtract from the New Balance certain fees added to your account during the billing period. We may also subtract the Minimum Amount Due any additional amount specified in a promotional offer. The balance of any such promotional offer is not subject to the Minimum Amount Due and the Minimum Amount Due is never more than the New Balance.

**Application of Payments.** We apply your payments and credits to low APR balances first. You can lose your APR balances with low APR balances. That means your savings on low APR balances will be reduced by purchases or cash advances that have higher APRs.

**Payment Instructions.** We credit your payments in accordance with our payment instructions on the billing statement. You must pay us in U.S. dollars. To do so, you must use a check, draft (domestic), or automatic debit that is drawn on a U.S. bank and payable in U.S. currency. We do not accept cash. We can accept late or partial payments, or payments that reflect "paid in full" or other restrictive endorsements, without losing our rights under this Agreement. We accept payments made in foreign currency and instruments drawn on funds on deposit outside the U.S. If we do, we select the currency conversion rate at which your payment is credited. U.S. dollars after deducting any costs incurred in processing your payment. Or we may bill you separately for these costs.

**Optional Pay by Phone Service.** You may use our optional Pay by Phone Service to make your payment. To do so, call us to request the service. Each time you do, you agree to pay us the amount shown in the Pay by Phone section of the billing statement. The Pay by Phone fee/sales are trained to tell you this amount whenever you call to use the service.

**Credit Reporting**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults

on your account may be reflected in your credit report. We may report account information to your name and the names of authorized users. We may also obtain follow-up credit reports on you.

If you think we reported incorrect information to a credit bureau, write us at the Customer Service address on the billing statement. We will investigate the matter. We will then tell you if we agree or disagree with you. If we agree with you, we will correct the error in our records. If we agree we reported and request a correction, if we disagree with you, we will tell you that.

**Information Sharing**
You authorize us to share information about you as permitted by law. This includes information we get from you and others. It also includes information about your transactions with us. Please see our Privacy Notice for details about our information sharing practices.

**Changes to this Agreement**
We will not voluntarily increase your rates and fees or change other terms of this Agreement until your card expires, typically two years. At that time, we will review your credit history and general market conditions. If we decide to make changes after our review, we will receive advance notice and a right to opt out. If you opt out, we will close your account. You can later pay the remaining balance under the existing terms, typically the APR in effect under the terms at the time... this paragraph does not apply to the automatic default APR and Penalty Rate changes. It also does not apply to changes required by law, our regulations, or our network providers.

Any changes we make may add, replace, or remove provisions of this Agreement. They may also change your rights and obligations under this Agreement as well as the rates, fees, and other terms. For any change or less you opt out. When you have the right to opt out, we will mail to you advance written notice of the change. We will do this at least 45 days before the beginning of the billing period in which the change takes effect. If you do not agree to the change, you can opt out by submitting us. You must tell us in writing within the stated period of the change. If you are the card and after the effective date of a change, you will be deemed to have accepted the change. This applies even if the 25 day opt out period has expired.

You default under this Agreement if you fail to pay the Minimum Amount Due by its due date; or you pay your credit line; pay by a check or other instrument that is not honored or that we must return because it cannot be processed; pay

by automatic debit that is returned unpaid; (b) for bankruptcy; or default under any other Card Agreement that you have with us. If you default, we may close your account and demand immediate payment of the total balance. If you use as a security interest in a Certificate of Deposit, we may use the deposit amount to pay any amount you owe.

**Refusal of the Card, Closed Accounts,**

Refusal of the Card. We do not guarantee approval of transactions. That is true even if you have enough credit. We are not liable for transactions that are not approved, whether it is our fault or someone else's. If we delay or refuse approval, we may suspend or end your credit privileges.

Presentment of Card. We may suspend any automatic or other preauthorized card charges you arrange with a third party. We may do this if you default, if the card is lost or stolen, or we change your account for any reason. If we do this, you are responsible for paying the third party directly if you wish to do so. You are also responsible for reactivating the preauthorized charges if you wish to do so and to permit us.

Lost or Stolen Cards, Account Numbers, or Cash Convenience and Balance Transfer Checks. You must call us if any card, account number, or check is lost or stolen. You must also call us if you think someone used or may use them without permission. When you call, we may request you to provide information to help our investigation. We may require you to provide this information in writing. For example, we may ask you or someone authorized by you. We may also ask you to confirm that you receive no benefit from these charges.

Closing Your Account. You may close your account by notifying us in writing or over the phone. If you close your account, you must still repay the total balance in accordance with this Agreement. We may close your account at any time without prior notice to you. We may also reissue a different card at any time. You must return any card to us.

Closing Secured Accounts. If your account is a secured account, you gave us a security interest in a Certificate of Deposit. This Agreement governs the secured account. If we withdraw your funds from the Certificate of Deposit, we will close your account.

**ARBITRATION**

*PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. IT PROVIDES THAT ANY DISPUTE MAY BE*

10

---

*RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.*

*Agreement to Arbitrate.* Either you or we may, without the other's consent, require that any claims be resolved by binding arbitration, except for any claim, dispute, or controversy between you and us (called "Claims").

**Claims Covered**

What Claims are subject to arbitration? All Claims relating to your account, a prior related account, or our relationship are subject to arbitration, including Claims regarding the application, enforceability, or interpretation of this Agreement and this arbitration provision. All Claims are subject to arbitration, no matter what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. This includes Claims based on contract, tort (including fraud, intentional torts), statute, constitution, or any other source of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; and Claims made directly or by or with any other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

Whose Claims are subject to arbitration? Not only ours and yours, but also Claims made by or against anyone connected with us or you or claiming through us or you, such as a co-applicant or authorized user of your account, an employee, agent, representative, affiliated company, predecessor or successor, heir, assignee, or trustee in bankruptcy.

What time frame applies to Claims subject to arbitration? Claims arising in the past, present, or future, including Claims arising before the opening of your account, are subject to arbitration.

Broadest Interpretation. Any questions about whether Claims are subject to arbitration will be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced. This arbitration provision is governed by the Federal Arbitration Act (the "FAA").

11

---

What must a party do before initiating a Claim in Court? Claims filed in a small claims court are not subject to arbitration, so long as the matter remains in such court and advances only an individual (non-class, non-representative) Claim.

*How does a party initiate arbitration?* The party filing an arbitration must choose one of the following two arbitration firms and follow its rules and procedures for initiating and pursuing an arbitration: American Arbitration Association or National Arbitration Forum. Any arbitration hearing that you attend will be held at a place chosen by the arbitration firm in the same city as the U.S. District Court closest to your then current billing address, or at some other place to which you and we agree in writing. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

American Arbitration Association
1633 Broadway, 10th floor
New York, NY 10019
Web site: www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
Web site: www.arbitration-forum.com

At any time you or we may ask an appropriate court to compel arbitration of Claims, or to stay the litigation of Claims pending arbitration, even if such Claims are part of a lawsuit, unless a trial has begun or a final judgment has been entered. Even if a party fails to exercise these rights at any particular time, or in connection with any particular Claims, that party can still require arbitration at a later time or in connection with any other Claims.

What procedures and law are applicable in arbitration? A single, neutral arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge, selected in accordance with the rules of the arbitration firm. The arbitration will follow procedures and rules of the arbitration firm in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Agreement, in which case this Agreement will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other proprietary or confidential information if requested to do so by you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations,

12

---

will honor claims of privilege recognized at law, and will have the power to award to a party any damages or other relief provided for under applicable law. You or we may choose to have a hearing and be represented by counsel. The arbitrator will make any award in writing and, if requested by you or us, will provide a brief statement of the reasons for the award. An award in arbitration shall determine the rights and obligations between the named parties only, and only in respect of the Claims in arbitration, and shall not have any bearing on the rights and obligations of any other person, or on the resolution of any other dispute.

Who pays? Whoever files the arbitration pays the initial filing fee. If we file, we pay; if you file, you pay, unless you get a fee waiver under the applicable rules of the arbitration firm. If you have paid the initial filing fee and you prevail, we will reimburse you for that fee. If there is a hearing, we will pay any fees of the arbitrator and arbitration firm for the first day of that hearing. All other fees will be allocated as provided by the rules of the arbitration firm and applicable law. However, we will advance or reimburse your fees if the arbitration firm or arbitrator determines there is good reason for requiring us to do so, or if you ask us and we determine there is good reason for doing so. Each party will bear the expense of that party's attorneys, experts, and witnesses, and other expenses, regardless of which party prevails, but a party may recover any or all expenses from another party if the arbitrator, applying applicable law, so determines.

Who may be a party? Claims must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If you or we require arbitration of a Claim, neither you, we, nor any other person may pursue the Claim in arbitration as a class action, private attorney general action or other representative action, nor may such Claim be pursued on your or our behalf in any litigation in any court. Claims, including assigned Claims, of two or more persons may not be joined or consolidated in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

When is an arbitration award final? The arbitrator's award is final and binding on the parties unless a party appeals it in writing to the arbitration firm within fifteen days of notice of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators designated by the same arbitration firm. The panel will reconsider anew all factual and legal issues anew, follow the same rules that apply to a proceeding

13