# EXHIBIT D

# AMERICAN ARBITRATION ASSOCIATION

# Commercial Panel

## No. 76 434 00209 11 GLO

*In the Matter of the Arbitration of*

DAVID HUNTER

and

CITIBANK, N.A.

## REPORT OF PRELIMINARY HEARING
## AND SCHEDULING ORDER (No. 1)

Shawn Aiken conducted Preliminary Hearing No. 1 via telephone on February 9, 2012, beginning at 4:00 p.m. MST. Our case manager, Geneva O'Day, started the call. Claimant David Hunter joined the call. Attorneys Alexandra Nash and Laura Sixkiller appeared for Respondent Citibank, N.A.

The demand for arbitration requested "an in person hearing in Yuma, AZ per contract." The Answering Statement and Counterclaim Request sought a "Document Hearing." During the call, we took up this issue. After argument, the arbitrator determined that the arbitration shall be decided on documents only. First, the arbitration provision of the Account Agreement makes no provision for an in-person hearing. Rather, the Agreement refers to the governing rules of the American Arbitration Association. Under those Rules, and the supplemental consumer rules, this dispute "shall be resolved by the submission of documents." Under Rule C-5, "[w]here no claims or counterclaims exceed $10,000, the dispute shall be resolved by submission of documents."

Second, the Rules provide that the arbitrator "will establish a fair process for submitting the documents." After discussion, the parties agreed to submit their briefs and supporting documents on the following schedule:

- Claimant will submit his brief and supporting documents no later than **February 29, 2012**.

- Respondent will submit its brief and supporting documents no later than **March 23, 2012**.

In the meantime, no later than **February 15, 2012**, Mr. Hunter will submit his request for amendment. The final award will issue following submission of the documents.

Dated:    February 14 2012     _/s/ Shawn K. Aiken_ _____

              Phoenix, Arizona      Shawn K. Aiken, Arbitrator

S:\AAA-SKA\Current\29915201 Hunter v. Citgroup\Pleadings\PrelimHrgReportNo1 120214.doc