# EXHIBIT E

# AMERICAN ARBITRATION ASSOCIATION

## Commercial Panel

**No. 76 434 00209 11 GLO**

*In the Matter of the Arbitration of*

DAVID HUNTER

and

CITIBANK, N.A.

## ORDER OF DISMISSAL WITH PREJUDICE
## OF CLAIMANT'S CLAIM ONLY

In his e-mail dated Sunday, April 1, 2012, claimant Mr. David Hunter wrote that he is "unable to continue with this matter and hereby dismiss it, and reserve the right to re-file at a later date."

The tribunal hereby orders dismissing the demand for arbitration, with prejudice, each side to bear its own attorneys' fees and costs with respect to the demand for arbitration. In other words, the claim shall not be re-filed because the claimant's dismissal should operate as an adjudication on the merits at this late stage of the proceedings.

This order has no bearing on Respondent's counterclaim, which remains pending. The claimant's brief on the counterclaim was due on March 30, 2012. The respondent's brief is due on April 10, 2012. The final award on the merits and the application for attorneys' fees shall issue thereafter.

Dated: April 2, 2012
      Phoenix, Arizona        Shawn K. Aiken, Arbitrator

S:\AAA-SKA\Current\29915201 Hunter v. Citgroup\Pleadings\ODismissClmWPrejNotCntrclm 120402.doc